UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERI FERRARO, | : |
| | : |
|     Plaintiff, | : |
| | : |
| V. | : |
| | :   No. 3:14-cv-01673-AWT |
| NRA GROUP, LLC d/b/a NATIONAL RECOVERY AGENCY, | : |
| | : |
|     Defendant. | : |

## NOTICE OF SETTLEMENT

The parties in the above-captioned action hereby advises the Court that plaintiff and defendant have reached a settlement of the above-captioned case and that the parties require until August 1, 2015 to effectuate the payment terms of the settlement. Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of this settlement and requests that all pending deadlines, motions and pleadings be held in abeyance pending completion of the settlement documentation and submission of appropriate stipulations, notices, or voluntary dismissals, as the case may be.

THE PLAINTIFF

By: /s/ Joanne S. Faulkner      Date: June 17, 2015
Joanne S. Faulkner ct 04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395

THE DEFENDANT

By: /s/ Sabato P. Fiano      Date: June 17, 2015
Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 332-5791
sfiano@znclaw.com