UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERI FERRARO

V.                              Civil Action No. 3:14 cv 1673 (AWT)

NRA GROUP, LLC.                 August 28, 2015

### PLAINTIFF'S MOTION TO OPEN AND ENTER JUDGMENT

Pursuant to this Court's order administratively closing the case, plaintiff respectfully moves the Court to open the case and enter judgment in her favor. Doc. No. 23. On June 17, 2015, defendant reported that it had settled the case and requested until August 1, 2015, to effectuate payment. Doc. No. 22. Payment has not been forthcoming, despite persistent reminders.

Pursuant to case law stated in the attached memorandum, the dollar amount of the settlement is summarily enforceable by entry of judgment. Accordingly, plaintiff requests the Court to summarily enter judgment against defendant in the amount of $3,500.

THE PLAINTIFF

ORAL ARGUMENT NOT REQUESTED

BY____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER  ct04137
123 Avon Street
New Haven, CT 065l1
(203) 772-0395
j.faulkner@snet.net

Certificate of Service

I hereby certify that on August 28, 2015 a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    ____/s/ Joanne S. Faulkner___  
                                                    JOANNE S. FAULKNER ct04137  
                                                    123 Avon Street  
                                                    New Haven, CT 06511-2422  
                                                    (203) 772 0395  
                                                    j.faulkner@snet.net