UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERI FERRARO

V.                                          Civil Action No. 3:14 cv 1673 (AWT)

NRA GROUP, LLC.                             August 28, 2015

AFFIRMATION

The undersigned certifies, pursuant to 28 U.S.C. §1746, as follows:

     1. On June 4, 2015, I received the attached e-mail confirming the settlement that was

reported to the Court later, on June 17:

**From:** Sabato P. Fiano
**Sent:** Thursday, June 04, 2015 7:11 PM
**To:** 'Joanne Faulkner'
**Subject:** Fwd: ferraro v NRA FYI
 Hi Joanne:
 This is to confirm our agreement today that this case has SETTLED for $3500.  As you can see from my client's unfiltered response to me below, without posturing, my client needs about 45 days to make payment due to internal issues.  That said, I have already urged them to make payment closer to a 30 day time frame and will continue to do so.
 Joanne, it is not lost on me that your agreement to settle this case for $3500 was a generous concession, in part, due to my continued scramble to get up to speed on Jon's matters.  Thank you.
 At this point, I deem us having a binding settlement agreement to settle this matter for $3500, which my client indicates will get paid within 45 days, but that I will URGE to pay in less time.
 Sam

2. I reminded counsel that plaintiff was awaiting payment on July 23, 28; August 5, 11, 14, 21,

and 25.

3. Not until August 14, 2015, well after the time for payment, did defendant seek to add a new

condition: a release. My response:

     Sounds totally dilatory to me. I don't bother with a release unless someone asks; most
     cases don't.
     A dismissal with prejudice is the same as (better than) a release.

Due to the delay, and since it is way beyond the promised date for a check, we should do this with just a dismissal w/prej, don't you think?

4.  Not until August 25 did defendant ask for my W-9, which I provided on the same date.

I certify under penalty of perjury that the foregoing is true and correct. Executed on

August 28, 2015.

___/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395


Certificate of Service

I hereby certify that on August 28, 2015, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net